UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:19-CR-149 |
| | ) | |
| PIO JOSE ALEMAN-DUARTE | ) | |

**O R D E R**

Magistrate Judge C. Clifford Shirley filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to the charge in the Indictment; (2) accept Defendant's plea of guilty to the charge in the Indictment, that is, of illegal reentry into the United States in violation of U.S.C. § 1326(a); (3) adjudicate Defendant guilty of the charge set forth in the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter [R. 33]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [R. 33] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to the charge in the Indictment is **GRANTED**;

(2)     Defendant's plea of guilty to the charge in the Indictment, that is, of illegal reentry into the United States in violation of U.S.C. § 1326(a), is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in the Indictment;

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **June 22, 2020, at 1:30 p.m.** before the Honorable Pamela L. Reeves, United States District Judge.

**SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**